# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

JONATHAN DANIEL WILLIAMS

*Plaintiff*

    v.

DEPARTMENT OF PUBLIC
SAFETY — STATE OF NC —
STATE HIGHWAY PATROL

*Defendant*

)
)
)
)
)
)
)
)

Civil Action No. 1:23 CV 366-MR-WCM

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DEPARTMENT OF PUBLIC SAFETY — STATE OF NC — STATE
HIGHWAY PATROL
512 N. SALISBURY STREET, RALEIGH, NC. 27699-4201

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JONATHAN DANIEL WILLIAMS
4340 OLD RIVER ROAD
WAYNESVILLE, NC. 28786

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

☐    I personally served the summons on the defendant at
      *(place)*_____
      on *(date)* _____; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)*
      _____, a person of suitable age and discretion who
      resides there, on *(date)* _____, and mailed a copy to the individual's last
      known address; or

☐    I served the summons on *(name of individual)* _____,
      who is designated by law to accept service of process on behalf of *(name of organization)*
      _____ on *(date)* _____; or

☐    I returned the summons unexecuted because _____; or

☐    Other *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

                              _____
                                               Server's signature

                              _____
                                           Printed name and title

                              _____
                                           Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

JONATHAN DANIEL WILLIAMS

*Plaintiff*

v.

RANDY L. DEATON

)
)
)
)
),
)
)

Civil Action No. 1:23 CV 366-MR-WCM

*Defendant*

## SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*

RANDY L. DEATON
3567 STATE HIGHWAY 197N
BURNSVILLE, NC. 28714

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JONATHAN DANIEL WILLIAMS
4340 OLD RIVER ROAD
WAYNESVILLE, NC. 28786

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

☐　I personally served the summons on the defendant at
　　*(place)*_____
　　on *(date)* _____; or

☐　I left the summons at the individual's residence or usual place of abode with *(name)*
　　_____, a person of suitable age and discretion who
　　resides there, on *(date)* _____, and mailed a copy to the individual's last
　　known address; or

☐　I served the summons on *(name of individual)* _____,
　　who is designated by law to accept service of process on behalf of *(name of organization)*
　　_____ on *(date)* _____; or

☐　I returned the summons unexecuted because _____; or

☐　Other *(specify):*
　　_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Server's signature

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Printed name and title

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

JONATHAN DANIEL WILLIAMS

      *Plaintiff*

      v.

BRANDON S. SMITH

      *Defendant*

)
)
)
)
) ,
)
)

Civil Action No. 1:23 CV 366-MR-WCM

## SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*

    BRANDON S. SMITH
    2915 LINER CREEK ROAD
    CLYDE, NC. 28721

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JONATHAN DANIEL WILLIAMS
4340 OLD RIVER ROAD
WAYNESVILLE, NC. 28786

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Civil Action No.

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(I))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____ .

☐     I personally served the summons on the defendant at
       *(place)*_____
       on *(date)* _____ ; or

☐     I left the summons at the individual's residence or usual place of abode with *(name)*
       _____ , a person of suitable age and discretion who
       resides there, on *(date)* _____ , and mailed a copy to the individual's last
       known address; or

☐     I served the summons on *(name of individual)* _____ ,
       who is designated by law to accept service of process on behalf of *(name of organization)*
       _____ on *(date)* _____ ; or

☐     I returned the summons unexecuted because _____ ; or

☐     Other *(specify)*:
       _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.


Date:_____

                                      _____
                                              Server's signature

                                      _____
                                              Printed name and title

                                      _____
                                              Server's address


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

JONATHAN DANIEL WILLIAMS

     *Plaintiff*

     v.

HAROLD F. STINES

     *Defendant*

)
)
)
)
),
)
)

Civil Action No. 1:23 CV 366-MR-WCM

## SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*

    HAROLD F. STINES
    797 HUNTERS RIDGE ROAD
    CANTON, NC. 28716

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    JONATHAN DANIEL WILLIAMS
    4340 OLD RIVER ROAD
    WAYNESVILLE, NC. 28786

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

☐    I personally served the summons on the defendant at
     *(place)*_____
     on *(date)* _____ ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)*
     _____ , a person of suitable age and discretion who
     resides there, on *(date)* _____ , and mailed a copy to the individual's last
     known address; or

☐    I served the summons on *(name of individual)* _____ ,
     who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____ ; or

☐    I returned the summons unexecuted because _____ ; or

☐    Other *(specify)*:
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$ _____ .

I declare under penalty of perjury that this information is true.

Date:_____

                           _____
                                        Server's signature

                           _____
                                        Printed name and title

                           _____
                                        Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

JONATHAN DANIEL WILLIAMS

*Plaintiff*

v.                                                        )     Civil Action No. 1: 23 CV 366-MR-WCM

AARON C. AMMONS

)
)
)
),
)
)

*Defendant*

## SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*

AARON C. AMMONS
261 SMOKY COVE ROAD
WHITTIER, NC. 28789

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JONATHAN DANIEL WILLIAMS
4340 OLD RIVER ROAD
WAYNESVILLE, NC. 28786

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(I))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

☐     I personally served the summons on the defendant at
     *(place)* _____
     on *(date)* _____ ; or

☐     I left the summons at the individual's residence or usual place of abode with *(name)*
     _____ , a person of suitable age and discretion who
     resides there, on *(date)* _____ , and mailed a copy to the individual's last
     known address; or

☐     I served the summons on *(name of individual)* _____,
     who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____ ; or

☐     I returned the summons unexecuted because _____ ; or

☐     Other *(specify):*

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

JONATHAN DANIEL WILLIAMS

*Plaintiff*                    )
v.                             )          Civil Action No. 1: 23 CV 366-MR-WCM
                               )
CHRISTOPHER W COOK             )
                               ),
                               )
                               )

*Defendant*

## SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*

CHRISTOPHER W COOK
230 SMOKEFORD ROAD
MURPHY, NC 28906

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JONATHAN DANIEL WILLIAMS
4340 OLD RIVER ROAD
WAYNESVILLE, NC 28786

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

☐    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

☐    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

☐    I returned the summons unexecuted because _____; or

☐    Other *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: