FILED
ASHEVILLE, NC
DEC 29 2023
U.S. DISTRICT COURT
W. DISTRICT OF N.C.
Hand-Delivered

I Jonathan Daniel Williams would like to receive electronic notice of all filing via email at jonwilliamslandscapes@gmail.com

Case Number: 1:23 CV 366-MR-WCM

Jonathan Daniel Williams — *J.D.W.*