IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00366-MR-WCM

| | |
|---|---|
| JONATHAN DANIEL WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| DEPARTMENT OF PUBLIC SAFETY – STATE OF NORTH CAROLINA – STATE HIGHWAY PATROL; RANDY L. DEATON, *Captain*; BRANDON S. SMITH, *Lieutenant*; HAROLD F. STINES; AARON C. AMMONS, *Sergeant*; and CHRISTOPHER W. COOK, *Sergeant*; | ) |
| Defendants. | ) |

This matter is before the Court on Defendants' Motion to Excuse Individual Attendance at Mediation (the "Motion," Doc. 20).

A mediation is set for October 2, 2024. Allan R. Tarleton has been appointed pursuant to the Pro Se Settlement Assistance Program for the limited purpose of assisting *pro se* Plaintiff with that mediation, Doc. 16, and Frank Goldsmith has been designated as the mediator. Doc. 17.

The Motion requests that Aaron C. Ammons, Christopher W. Cook, Randy L. Deaton, Brandon S. Smith, and Harold F. Stines (the "Individual

1

Defendants"), as well as any insurance carrier, be excused from participating. Doc. 20 at 1.

In its discretion, the Court declines to excuse the Individual Defendants and any insurance carrier from participating in the upcoming settlement conference.

This ruling, however, does not prohibit any party or person who is required to attend from being excused upon the consent of all other required participants and the mediator, pursuant to the Rules for Mediated Settlement Conferences. See Rule 4(a)(4).[1]

Accordingly, the Motion (Doc. 20) is **DENIED**.

It is so ordered.

Signed: September 3, 2024

W. Carleton Metcalf
United States Magistrate Judge

---

[1] See Rules for Mediated Settlement Conferences and Other Settlement Procedures in Superior Court Civil Actions - Codified 18 June 2024.pdf (nccourts.gov).