IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
FILE NO. 1:23-CV-366-MR-WCM

JONATHAN DANIEL WILLIAMS,

            Plaintiff,

v.

N. C. DEPARTMENT OF PUBLIC SAFETY,
N. C. HIGHWAY PATROL, *et al.*,

            Defendants.

**BRIEF IN SUPPORT OF MOTON FOR CONSENT PROTECTIVE ORDER**

It is anticipated that in this case, Plaintiff will request, and Defendants will produce, "confidential information" including but not limited to North Carolina State Highway Patrol Internal Affairs ("IA") Investigation No. IA2021-084; information and documents contained in "personnel files," as that phrase is defined in N.C. Gen. Stat. § 126-24; "protected health information" as that phrase is defined in 45 C.F.R. § 160.103; and "personally identifiable information," as that phrase is defined in 45 C.F.R. § 75.2.

Under N.C.G.S. § 126-24(4), a court may order the release of State personnel records. This statute states as follows:

"All other information contained in a personnel file is confidential and shall not be open for inspection and examination except to the following persons:

(4) A party by authority of a proper court order may inspect and examine a particular confidential portion of a State employee's personnel file."

If requested, the Defendants are prepared to release the above-referenced documents and other confidential information npursuant to a protective order issued by the Court. Undersigned counsel has conferred with *Pro Se* Plaintiff, and he is in agreement with entering this Consent Protective Order.

WHEREFORE, Defendants respectfully request that this Honorable Court grant their consent motion for a protective order.

This 19th day of February 2025.

/s/ Joseph P. Vellon
Joseph P. Vellon
Public Safety Section
North Carolina Department of Justice
114 W. Edenton St.
Raleigh, NC 27603

## **CERTIFICATE OF WORD LIMIT**

I, Joseph P. Vellon, hereby certify that the foregoing **MEMORANDUM IN SUPPORT OF MOTION FOR ENTRY OF CONSENT PROTECTIVE ORDER** complies with local rules regarding word count, font, and page limit.

This the 19th day of February 2025.

/s/ Joseph P. Vellon
Special Deputy Attorney General
Public Safety Section

## CERTIFICATE OF SERVICE

I, Joseph P. Vellon, hereby certify that on this day, I electronically filed the foregoing **MEMORANDUM IN SUPPORT OF MOTION FOR ENTRY OF CONSENT PROTECTIVE ORDER** with the Clerk of the Court utilizing the CM/ECF system, and on the date below, have caused to be served said document upon the Plaintiff, a non-CM/ECF participant via United States Mail, first-class, postage prepaid addressed as follows:

>Jonathan Daniel Williams
>20 Sleepy Hollow Road
>Burnsville, NC 28714
>Courtesy Copy to: jonwilliamslandscapes@gmail.com
>*Pro se plaintiff*

This the 19th day of February 2025.

>/s/ Joseph P. Vellon
>Special Deputy Attorney General
>Public Safety Section