JONATHAN DANIEL WILLIAMS,

      Plaintiff,

    v.                                          **<u>REPORT OF MEDIATOR</u>**

N.C. DEPARTMENT OF PUBLIC
SAFETY, N.C. HIGHWAY PATROL,
et al.,

      Defendants

The undersigned mediator reports the following result of a Mediated Settlement Conference held on September 19, 2025.

The following individuals, parties, corporate representatives, and/or claims professionals attended and were available to participate in the session, and the appropriate individuals possessed the requisite settlement authority:

    X       All individual parties and their counsel.* (See below)

    X       Designated state agency representatives.

    ☐       Required claims professionals.  (N/A)

    ☐       Other (Describe).

The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or failed to participate as ordered:  Retired NCSHP Captain Harold F. Stines, Jr., attempted to join the mediation via Zoom, as permitted, but reported to counsel for the defendant that he was having connectivity issues and was ultimately unable to join the mediation before it ended.

The outcome of the Mediation Session was:

    X       The parties have reached an impasse.

    ☐       The case has been completely settled.  Counsel will promptly notify the Court of settlement by:

☐ The filing of a settlement agreement signed by the parties within thirty (30) days of the filing of this report.

☐ The filing of a stipulation of dismissal signed by the parties within thirty (30) days of the filing of this report.

☐ The case has been partially resolved. Counsel will file a joint stipulation regarding those claims which have been resolved within thirty (30) days of the filing of this report. The report shall also contain a brief summary of the remaining issues for the Court to resolve.

I certify that the above is a true and accurate report regarding the result of the Mediated Settlement Conference.


Date: September 19, 2025

/s/ Frank Goldsmith
FRANK GOLDSMITH, Mediator
GOLDSMITH RESOLUTIONS
P.O. Box 102
Fairview, NC 28730
Tel. (828) 230-6977
E-mail: frank@goldsmithresolutions.com


**************************************
**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served counsel of record for all parties with the attached Report of Mediator by causing a copy thereof to be sent via e-mail through the Court's ECF system.

This the  19th  day of  September , 2025.


 s/Frank Goldsmith
FRANK GOLDSMITH
Mediator