| | | |
|---|---|---|
| JONATHAN DANIEL WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DECLARATION OF** |
| v. | ) | **HAROLD LEE COUNCILMAN, JR.** |
| | ) | |
| N. C. DEPARTMENT OF PUBLIC | ) | |
| SAFETY, N. C. HIGHWAY PATROL, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

I, Harold Lee Councilman, Jr., being duly sworn, do hereby depose and say:

1. I am an adult over the age of eighteen (18), have never been adjudged incompetent, suffer from no mental impairments, and make this affidavit of my own free will, stating facts of which I have personal knowledge.

2. I am a named defendant in the above-captioned civil action.

3. I am currently employed by the N.C. State Highway Patrol as Lieutenant. My Responsibilities include supervising the Highway Patrol Human Resources Unit.

4. On September 1, 2021, there was a DPS policy in place regarding vaccinations and covid testing. *See* Exhibit A, DPS Policy DPS-HR-600-04: Requirements for Face Coverings, Proof of COVID-19 Vaccination Status, and COVID-19 Testing.

5. I retrieved from Trooper Williams' file, a religious exemption requested dated November 22, 2021. A true and correct copy of same was retrieved from his file and is attached hereto as Exhibit B.

6. On December 7, 2021, a memo was sent to Trooper Williams in response to his religious

accommodation request. I retrieved the memo from his file and attached hereto a true and accurate copy of same as Exhibit C.

7. I also retrieved from Trooper Williams file a notice of separation sent January 24, 2022. I have attached a true and accurate copy of the notice to this declaration as Exhibit D.

**THIS SPACE INTENTIONALLY LEFT BLANK**

This the 30 day of October, 2025.

_____

Sworn to and subscribed before me this the

30 day of October 2025.

_____
(Notary Public)

My Commission Expires: 4·10·28