Religious Exemption Form

November 22, 2021

To Whom it may concern:

I have been a loyal and dedicated member of this Agency for nearly 2 years now and am grateful for the opportunities I have experienced thus far as a North Carolina State Trooper. I am looking forward to continuing to contribute to the overall progress of our Agency's goals and mission.  Therefore, I am respectfully writing to declare my exemption from any mandatory vaccination, or invasive procedure including but not limited to the COVID-19 Vaccine and testing due to my genuine and sincerely held religious beliefs and in accordance with my rights under the US Constitution.  Kindly accept this letter explaining in further detail the core beliefs I hold in faith and the basis for why I cannot morally or ethically receive the vaccine or participate in bodily invasive procedures such as regular Covid19 testing without compromising my sincerely held religious convictions.

As a Christian, I believe the Bible to be the inspired Word of God and final authority in matters of moral and ethical debate.  "All scripture is given by inspiration of God, and is profitable for doctrine, for reproof, for correction, for instruction in righteousness: That the man of God may be perfect, thoroughly furnished unto all good works." (Reference 2 Timothy 3:16-17 New Testament, KJV 1611) As such, Scripture is significant in how it relates to and implies how to live my life.

According to scripture, as a Christian I believe my body to be a gift from God and the dwelling place of the Holy Spirit and it is my personal responsibility to care for my bodily health in a way that does not violate my conscience or Biblical instruction. (Reference 1 Corinthians 6:19-20 and 2 Corinthians 7:1, New Testament, KJV 1611) For me, this means avoiding toxins and impurities such as but not limited to neurotoxins, hazardous substances, attenuated viruses, animal cells, foreign DNA, foreign objects, albumin, carcinogens, mercury derivatives, formaldehyde, ethylene glycol, aborted human cells and other chemical waste which is in violation of Biblical commands previously referenced.

Finally, as a Christian I believe all life is sacred.  Most vaccines, including the Covid-19 vaccines currently available perpetrate, utilize, and benefit from the use of aborted human children's cells, cellular debris, protein, and DNA.  Therefore, partaking in a vaccine sourced from aborted children makes me complicit in actions that are contrary to my religious faith, morality and ethics. As such, I cannot, in good conscience and in accordance with my religious faith, inject any such Covid vaccine.  There are too many Scriptures to list relating to the intricate value of every life but here are a few:  Exodus 20:13; Psalm 139:13-16; Jeremiah 1:5; Isaiah 49:15; Psalm 127:3.

My beliefs require me to follow my inner wisdom and anything I do that violates my conscience is a sin against God and my fellowman (Reference James 4:17 KJV).  Scripture states that in matters of conscience, "We ought to obey God rather than man."  (Reference Acts 5:29, New Testament) Therefore, I certify that the administration of vaccines such as Covid-19 vaccine and repetitive invasive testing such as Covid19 Testing, is contrary to my sincerely held religious beliefs and respectfully exercise my right to decline.

Alternative to vaccination, I believe in using the natural resources God has provided (Reference Genesis 1:29) as well as trusting God for protection (Reference Psalm 91:2-6). I believe in my God-given immunity based on a complex and holistic healthy immune system intricately designed by God.

In addition, as an alternative to weekly testing, I would be willing to verify my temperature with a thermometer before checking onto each shift.

I qualify for these exemptions based on the First Amendment of the United States Constitution and 42 U.S. Code § 2000a - Prohibition against discrimination or segregation in places of public accommodation, which states "All persons shall be entitled to the full and equal enjoyment of the goods, services, facilities, privileges, advantages, and accommodations of any place of public accommodation, as defined in this section, without discrimination or segregation on the ground of race, color, religion, or national origin." This ruling is also reflected in the Title VII of the Civil Rights Act of 1964 as amended Nov. 1, 1980; Part 1605.1- Guidelines on Discrimination Because of Religion and also by the ADA (42 USC § 12112a), the Emergency Use Authorization Act as well as common law of torts.

On this basis, as the above referenced immunization requirements and invasive testing violate my right to freely practice my personal religion based on the Holy Bible as guaranteed by the First Amendment of the Constitution of The United States of America, I am asserting my rights to an exemption from immunization and testing requirements specifically but not limited to that of Covid-19.

Again, as a loyal citizen and member of this Agency, I look forward to our continued collaboration and thank you for taking the time to review this exemption.


Sincerely,

Trooper Jonathan Daniel Williams