# North Carolina Department of Public Safety

## Human Resources

Roy Cooper, Governor
Eddie M. Buffaloe Jr., Secretary

Michael R. Dail, Director
Human Resources

December 7, 2021

**Certified Mail 7017 1450 0002 3752 4178**
**Regular Mail**

Jonathan D. Williams
4340 Old River Road
Waynesville, NC 28786

Re: Request for a Reasonable Accommodation

Dear Mr. Williams:

I am writing to inform you of the Department of Public Safety's (DPS) decision regarding your request for a religious accommodation pursuant to Title VII of the Civil Rights Act of 1964, as amended. On November 22, 2021, you submitted a request for religious accommodation pertaining to DPS HR Policy (HR-600-04) "Requirements for Face Coverings, Proof of COVID-19 Vaccination Status, and COVID-19 Testing." Specifically, you requested an "exemption from any mandatory vaccination, or invasive procedure including but not limited to the COVID-19 Vaccine and testing due to my genuine and sincerely held religious beliefs and in accordance with my rights under the US Constitution." Further you wrote, "My beliefs require me to follow my inner wisdom and anything I do that violates my conscience is a sin against God and my fellow man. Scripture states that in matters of conscience, "We ought to obey God, rather than man." As an alternative to weekly testing, you noted, "I would be willing to verify my temperature with a thermometer before checking on to each shift."

On December 1, 2021, I contacted you to review and interactively discuss your request. During our conversation, you indicated that you understood that vaccination was not required by HR-600-04. When asked about the impact of testing on your religious beliefs, you referred me to the letter submitted and advised that you had researched testing and you believed the testing swabs contained chemicals. Specifically of concern to you was ethylene glycol. Additionally, you explained that you feel perfectly fine and do not agree with having to submit to test once a week. In reference to the testing, you stated, "I do not believe it is setup to prevent anything." As example, you commented that it did not make sense if people are tested on Monday and able to work, but by Wednesday may have the virus but would not be tested for seven days. You also expressed concern that vaccinated staff are not having to submit to weekly testing along with unvaccinated staff. In addition, you relayed your belief that providing body temperature should be sufficient as well as self-screening. You stated that you are using the self-screening tool and will not come to work based on the screening or if you are sick. You indicated you are on the



|  |  |  |
|---|---|---|
| **MAILING ADDRESS:** | | **OFFICE LOCATION:** |
| 4203 Mail Service Center | | 214 W. Jones Street |
| Raleigh, NC 27699-4203 | | Raleigh, NC 27603 |
| | | Telephone: (919) 716-3800 |
| www.ncdps.gov | | Fax: (919) 582-6127 |

*An Equal Opportunity Employer*

mobile field force unit but are currently on administrative duty and are complying with the face covering mandate.

Guidance from the U.S. Equal Employment Opportunity Commission indicates that as of March 2020, the COVID-19 pandemic meets the direct threat standard, per the U.S. Centers for Disease Control (CDC) and state/local public health authorities, because COVID-19 is highly contagious and potentially fatal. Due to the risk of contagion, employers have been advised to rely on the latest CDC guidance and the most current information in maintaining workplace safety provided from state and local public health authorities. Per the CDC COVID-19 vaccination is recommended for everyone aged 5 years and older in the United States for the prevention of coronavirus disease 2019 (COVID-19). COVID-19 vaccines currently approved or authorized by FDA are highly effective in preventing serious outcomes of COVID-19, including severe disease, hospitalization, and death.

On July 27, 2021, the CDC issued new guidance which suggests that face coverings should be worn by all people if they are indoors in a public place and are in areas of substantial or high transmission. This recommendation identifies most of North Carolina as being areas of substantial or high transmission. A precautionary measure recommended for US employers was to institute masking requirements to slow the spread of the virus.

In response to the continuing pandemic, Governor Cooper executed Executive Order 224 on July 29, 2021, requiring those state employees who are not fully vaccinated, to wear face coverings in any indoor space, within a state government office, building, or facility, which is controlled by an agency that is either part of the Governor's Office or is headed by a member of the Governor's Cabinet. Staff in state government workplaces, if they are not fully vaccinated, pose a greater risk of spreading COVID-19 to their colleagues and members of the public. The same is true for staff who provide public service outside of their homes. On November 30, 2021, Governor Cooper issued Executive Order 238, which requires that throughout the effective period of Executive Order 224, Cabinet agencies are directed to continue to implement the Office of State Human Resources COVID-19 Policy, requiring workers to either be fully vaccinated (providing proof of vaccination status) or be tested for COVID-19 each week. Executive Order 238 will remain in effect through January 5, 2022, unless it is rescinded or extended by another applicable executive order. Because workers who are not fully vaccinated create a higher risk to their colleagues and members of the public, the agencies who have joined in this Policy are taking measures to reduce the risk. This Policy mitigates that risk by requiring Workers who are not Fully Vaccinated to be tested each week for COVID-19 and by requiring Workers to wear Face Coverings regardless of vaccination status. When Executive Order 224 was first issued, more than one million forty-four thousand (1,044,000) people in North Carolina had contracted COVID-19, and over thirteen thousand six hundred (13,600) people in North Carolina had died from the disease. According to the COVID-19 data in Executive Order 238, the number of North Carolinians impacted by COVID-19 continue to rise, with more than 1,532,000 previously infected and 18,700 dead, and a

State of Emergency remains in place for the purpose of maintaining the state's ability to meet challenges presented by COVID-19. In compliance with Executive Order 224, DPS issued Policy HR-600-04 "Requirements for Face Coverings, Proof of COVID-19 Vaccination Status, and COVID-19 Testing" effective September 1, 2021, extending the option to ALL workers to provide proof of vaccination or proof of a negative COVID-19 test within the last seven days (168 hours) before the beginning of their shift.

Though your written statement extracts and cites various scripture references in an attempt to support your religious beliefs related to vaccination, per the above-referenced policies and orders, vaccination is not a requirement. As an effective alternative, you have the option of providing proof of negative test results before reporting to duty every seven days. Despite your stated belief that testing requirement was not "setup to prevent anything," The very purpose of this requirement is to mitigate the potential spread of his deadly disease. Even in light of your stated opinion, records indicate you have submitted negative COVID-19 test results on September 4, 2021 and September 16, 2021 in compliance with the policy. With regards to providing your temperature before start of each shift, please note that this is currently one of the preventive measures already being implemented through the Department's employee self-screening tool, which is another part of the Department's concerted plan to slow the spread of COVID-19 before staff report to DPS worksites. You are already responsible for adhering to the screening requirements included therein, before reporting for duty. What's more, there are more options that are now available to further protect staff and have been implemented. To the extent you object to testing which relies on a nasal swab, because you consider your body to be "a gift from God and the dwelling place of the Holy Spirit" which you must avoid a number of "toxins and impurities," Executive Order 224and the OSHR and DPS policies cited accommodate non-invasive saliva tests.

Remaining in compliance with the Governor's Executive Orders 224 and 238, corresponding OSHR and DPS policies, and following the CDC recommendations for workplace safety are paramount to meeting the Department's mission during the current global pandemic. Therefore, assuming, without deciding, that your stated beliefs are sincerely held and prohibit you from continuing to provide proof of testing, I am unable to approve an accommodation which would approve an exemption from the weekly testing given your position demands contact with members of the public from across North Carolina and the rest of the nation. The State of North Carolina cannot allow a member of one its own premier law enforcement agencies to potentially spread this deadly virus to members of the public, especially to those you are forced to interact with during involuntary encounters. Doing otherwise amounts to an undue hardship on DPS, a public health threat, and a threat to public safety.

Should you need to make future requests for reasonable accommodation under Title VII of the Civil Rights Act of 1964 as amended, please contact Shontae Lashley, SHP, HR Supervisor or DPS Central Human Resources. For additional information related to COVID-19 pandemic, you may wish to contact NC Department of Health and Human Services or visit NCDHHS.GOV

Williams, Jonathan
Page 3

An individual alleging unlawful discrimination, harassment or retaliation may file a complaint following the process outlined in the Employee Grievance Policy located in the State Human Resources Manual.

Sincerely,

Judith Bradshaw
ADA Compliance Officer

CC:     File: HR ADA RRA

Williams v. NCDPS, et al          1:23-CV-366-MR-WCM                                    MSJ Exhibit 2c