| | | |
|---|---|---|
| JONATHAN DANIEL WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DECLARATION OF SERGEANT** |
| v. | ) | **CHRISTOPHER COOK** |
| | ) | |
| N. C. DEPARTMENT OF PUBLIC | ) | |
| SAFETY, N. C. HIGHWAY PATROL, *et* | ) | |
| *al.*, | ) | |
| | ) | |
| Defendants. | ) | |

I, Christopher W. Cook, being duly sworn, do hereby depose and say:

1. I am an adult over the age of eighteen (18), have never been adjudged incompetent, suffer from no mental impairments, and make this affidavit of my own free will, stating facts of which I have personal knowledge.

2. I am a named defendant in the above-captioned civil action.

3. I am currently employed by the North Carolina State Highway Patrol ("NCSHP") as Sergeant. I was the assigned to Haywood County during the time of Plaintiff's allegations in 2021.

4. On November 10, 2021, I texted Trooper J.D. Williams inquiring about when was the last time he submitted a Covid test result in our district tracker. I called and spoke with Trooper Williams and informed him that he needed to. I asked Trooper Williams to reach out to a Trooper Sawyer who was able to find a testing location, to which Trooper Williams responded "ok." On November 18, 2021, I texted Trooper Williams while he was out on vacation reminding him to upload his results. Trooper Williams responded that he was

going to send an email that he would no longer submit to weekly tests. On November 21, 2021, I phoned Trooper Williams to follow up on the testing and informed him that if he did not comply with the order the disciplinary process would begin.

**THIS SPACE INTENTIONALLY LEFT BLANK**

This the ___9th___ day of October, 2025.

_____

Christopher W. Cook

Sworn to and subscribed before me this the

___9 th___ day of October 2025.

_____

Amanda W. Rhodes

(Notary Public)



My Commission Expires: ___11/25/2028___

# North Carolina
## State Highway Patrol
## MEMBER'S STATEMENT

| Troop / District: | G/5 | | Registry #: | 2900 |
|---|---|---|---|---|

| Rank / Name (First, M.I., Last): | Sergeant Christopher W. Cook |
|---|---|

| **Statement** |
|---|

On Wednesday November 10th, 2021 at 12:32 hours, I Sgt. C.W. Cook phone texted Trp. J.D. Williams to inquire as to when his last COVID test result was submitted into COVIDSafe. When I received no reply, I called and spoke to Trp. Williams by cell. Trp. Williams stated it had been a bit since his last COVID test. I reiterated that to comply with the executive order he would need to continue to be tested weekly. I asked that he reach out to fellow G5 Trooper T.H. Sawyer who was able to find a testing location to remain compliant on this date. He stated "ok." Shortly thereafter, I heard Trp. J.D. Williams notify Newton Communications that he had an impaired driver arrested and was traveling to the Haywood County Jail for processing. Trooper J.D. Williams worked dayshift the next day and then was scheduled ten consecutive days off (including the week of Nov 15th for vacation) with an expected return of Monday November 22nd.

I texted Trp. J.D. Williams on November 15th to thank him for a productive work week prior to his vacation. I also texted Trp. Williams on November 16th to wish him a happy 26th birthday. He responded on both dates and made no mention of his intention to avoid COVID testing. I texted him on Thursday November 18th at 12:37 hours to remind him to enter a COVID test result for the week of November 15th so he would be compliant for his return on Monday (the 22nd) following his week off.

The next day on Friday November 19, 2021 I received a phone text from Trp. J.D. Williams asking if I was working. I replied that I was not and that I was available regardless if he needed anything. He replied by text that he would send an email before coming back to work on Monday the 22nd stating that he would no longer submit to weekly COVID tests. I replied that I would seek guidance on what we needed to do and immediately phoned F/Sgt. B.S. Smith.

I phoned Trp. J.D. Williams on Sunday November 21st to see if he had received COVID testing. Trp. J.D. Williams stated that he appreciated the call but felt strongly that he should take a stand. I explained to Trp. Williams that the disciplinary process would begin if he did not comply with the COVID order. I informed Trp. Williams that he should call F/Sgt. Smith immediately and make his intentions clear. Trp. Williams stated that he understood.

| Initials: | CWC |
|---|---|
| Signature: | *Sgt. C.W. Cook* |
| Date: | November 23, 2021 |
| Reference: | Trooper J.D. Williams COVID testing |