DLP Haywood Regional Medical Center
262 LEROY GEORGE
CLYDE, NC 28721
(828)456-7311

| | | | |
|---|---|---|---|
| .ie: | WILLIAMS, JONATHAN D. | CLIA #: | 34D0247597 |
| Birth Date: | 11/16/1995 | Visit ID: 201088378 | Med Rec #: 0416344 |
| Location: | UNKNOWN_BED | Age: 25 Years | Sex: Male |
| Admit Phy: | DINWIDDIE MD, WILLIAM C. | | Admitted: 09/04/2021 15:34 |

| | | | |
|---|---|---|---|
| Ordering Dr: | DINWIDDIE MD, WILLIAM C. | Result Status: | Final |
| Ord Cd Desc: | Coronavirus COVID-19,NAA, Labcorp | Event DateTm: | 09/04/2021 16:13 |
| Specimen Src: | | Collected Date: | 09/04/2021 16:40 By: COLLECTED BY, NURSE |
| Body Site: | | Received Date: | 09/04/2021 19:57 By: PERKINSON, EDWARD L. |
| Order Nbr: | 1 | Released Date: | 09/09/2021 11:47 By: KINNEY, BRYAN |
| Priority: | Stat | | |
| Special Instructions: | | | |

| Test | Result | Reference Range | Unit |
|---|---|---|---|
| SARS-CoV-2, NAA | Not Detected | Not Detected | |
| | This nucleic acid amplification test was developed and its performance characteristics determined by LabCorp Laboratories. Nucleic acid amplification tests include RT-PCR and TMA. This test has not been FDA cleared or approved. This test has been authorized by FDA under an Emergency Use Authorization (EUA). This test is only authorized for the duration of time the declaration that circumstances exist justifying the authorization of the emergency use of in vitro diagnostic tests for detection of SARS-CoV-2 virus and/or diagnosis of COVID-19 infection under section 564(b)(1) of the Act, 21 U.S.C. 360bbb-3(b) (1), unless the authorization is terminated or revoked sooner. | | |
| | When diagnostic testing is negative, the possibility of a false negative result should be considered in the context of a patient's recent exposures and the presence of clinical signs and symptoms consistent with COVID-19. An individual without symptoms of COVID-19 and who is not shedding SARS-CoV-2 virus would expect to have a negative (not detected) result in this assay. | | |

**Order Result Comment ─────────────────────────

Performed at: BN - LabCorp Burlington

1447 York Court, Burlington, NC 272153361

Lab Director: Sanjai Nagendra MD, Phone: 8007624344

*Jonathan . williams @ NCdps.go*

Name: Jonathan Williams | DOB: 11/16/1995 | MRN: 00000000-0A1D-8882-3AE2-520F8036C288 | PCP:

# SARS-COV-2 RNA, QL NAAT, RT PCR/TMA (COVID-19) - D…

# SARS-COV-2 RNA, QL NAAT, RT PCR/TMA (COVID-19)

Results

Status: Final result  (Collected: 9/16/2021 12:51 PM)

**NAME**: Jonathan Williams
**MRN**: E56143112
**DOB**: 11/16/1995

Hello,

You have a **NEGATIVE** Covid-19 Test Result.

A negative test result does not completely rule out being infected with COVID-19.
If you test negative for COVID-19, this means the virus was not detected at the time your specimen was collected. It is still possible that you were very early in your infection at the time of your specimen collection and that you could test positive later.
Also, you could be exposed later and still develop the illness. For all these reasons, it is important to follow CDC guidance at (https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/prevention.html), including but not limited to frequent hand washing, social distancing, wearing a face covering, covering coughs and sneezes, monitoring symptoms, and cleaning and disinfectant of frequently touched surfaces -- even after a negative test result.

| Component | Value | Flag | Ref Range | Units | Status |
|---|---|---|---|---|---|
| LabCorp/Helix SARS-COV-2 RNA, QL NAAT, RT PCR/TMA (COVID-19) | Not Detected | | Not Detected | | Final |

Comment :

https://mychart.minuteclinic.com/MyChartPRD/inside.asp?mode=labdetail&ordermid=WP-26FLInnihFV5I6Nd7vptxVrw-3D-3D-24CB1n3O4UC9RWOG

| Component | Value | Flag | Ref Range | Units | Status |
|---|---|---|---|---|---|

This nucleic acid amplification test was developed and its performance characteristics determined by LabCorp Laboratories. Nucleic acid amplification tests include RT-PCR and TMA. This test has not been FDA cleared or approved. This test has been authorized by FDA under an Emergency Use Authorization (EUA). This test is only authorized for the duration of time the declaration that circumstances exist justifying the authorization of the emergency use of in vitro diagnostic tests for detection of SARS-CoV-2 virus and/or diagnosis of COVID-19 infection under section 564(b)(1) of the Act, 21 U.S.C. 360bbb-3(b) (1), unless the authorization is terminated or revoked sooner.

When diagnostic testing is negative, the possibility of a false negative result should be considered in the context of a patient's recent exposures and the presence of clinical signs and symptoms consistent with COVID-19. An individual without symptoms of COVID-19 and who is not shedding SARS-CoV-2 virus would expect to have a negative (not detected) result in this assay.

MyChart* licensed from Epic Systems Corporation © 1999 - 2020



**COMMUNITYLAB**
a division of Sonesca Health

**Headquarters**
2 Trident Dr.
Arden, North Carolina 28704
United States
**Contact Us**
Call : +1 (828) 252-1045
Email : connect@communitylabwnc.com

# SARS-CoV-2/COVID-19 rt-PCR Test Report (scroll down for spanish)

| | | | |
|---|---|---|---|
| **Patient:** | P-f0354c / Jonathan Williams | **Sample ID:** | 105830 |
| **DOB:** | 1995-11-16 | **Specimen:** | Saliva |
| **Gender:** | M | **Requester:** | Patient Direct |
| **Job ID:** | 114108 | **Report Date** | 2021-12-31 |
| **Sample Collection Date:** | 2021-12-30 14:57:00 | **Passport #** | |
| **Received Date:** | 2021-12-30 22:28:18 | | |

## NAA Test Description

SARS-CoV-2 (COVID-19) RNA [Presence] in Saliva (oral fluid) by RT-PCR

## Test Result

## Interpretation

**Negative**

If **Positive**: indicative of active infection but do not rule out bacterial infection or other viral infections.

If **Negative**: does not preclude the COVID-19 infection and should not be used as the sole basis for treatment or other patient management decisions. Negative results must be combined with clinical observations, patient history, and epidemiological information.

If **Invalid**: a new patient sample needs to be collected, processed and re-tested.

## Test Information

Results are for the detection and identification of SARS-CoV-2 RNA. The SARS-CoV-2 RNA is generally detectable in saliva specimens during the acute phase of infection. Positive results are indicative of the presence of SARS-CoV-2 RNA. Clinical correlation with patient history and other diagnostic information is necessary to determine patient infection status. Positive results do not rule out bacterial infection or co-infection with other viruses. The agent detected may not be the definite cause of disease. Laboratories within the United States and its territories are required to report all results to the appropriate public health authorities. Negative results do not preclude SARS-CoV-2 infection and should not be used as the sole basis for patient management decisions. Negative results must be combined with clinical observations, patient history, and epidemiological information. Negative results for SARS-CoV-2 RNA from saliva should be confirmed by testing of an alternative specimen type if clinically indicated. SalivaDirect is intended for use by qualified clinical laboratory personnel specifically instructed and trained in the techniques of RT-qPCR and in vitro diagnostic procedures. The assay is only for use under the Food and Drug Administration's Emergency Use Authorization. [HCP Fact Sheet] [Patient Fact Sheet]

**Laboratory Director:** R.W. Watkins, MD, MPH
**Laboratory Certification:** COLA: 24550, CLIA: 34D1054007
**Electronically signed By:** CommunityLab

*Report copy certified on 2021-12-31 16:45:52*

J-f0354c p. 1 / 3

000361



**Headquarters**
2 Trident Dr.
Arden, North Carolina 28704
United States
**Contact Us**
Call : +1 (828) 252-1045
Email : connect@communitylabwnc.com

## SARS-CoV-2/COVID-19 rt-PCR Informe de prueba de detección de COVID-19

| | | | |
|---|---|---|---|
| **Nombre de paciente:** | P-f0354c / Jonathan Williams | **Identificación de muestra:** | 105830 |
| **Fecha de nacimiento:** | 1995-11-16 | **Tipo de muestra:** | Saliva |
| **Genero:** | M | **Preguntador:** | Patient Direct |
| **ID:** | 114108 | **Fecha del informe:** | 2021-12-31 |
| **Fecha de colección:** | 2021-12-30 14:57:00 | **Número de pasaporte** | |
| **Fecha de recepción:** | 2021-12-30 22:28:18 | | |

## Descripción de prueba de detección de COVID-19

SARS coronavirus 2 ARN (presencia) en sistema respiratoria de AAN con detección de sonda

| Resultado de prueba de detección de COVID-19 | Interpretation |
|---|---|
| **Negative** | Si positivo: está infectaod activamente con el virus y puede contagiarlo a otros. No ignora las infecciones bacterianas u otras infecciones virales. <br><br> Si Negativo: no tiene el virus activamente. Los resultados negativos necesitan ser combinado con observaciones clínicas, la historia medica del paciente, e información epidemiológica. <br><br> Si invalido: es necesario recolectar, procesar y volver a analizar una nueva muestra de paciente. |

## Información sobre la prueba de detección de COVID-19

Los resultados son para la detección e identificación del ARN SARS-CoV-2. EN general puede encontrar el ARN SARS-CoV-2 en muestras salivas durante la fase inicial de infección. Los resultados positivos son indicadores de la presencia del ARN SARS-CoV-2. Observaciones clínicas combinados con la historia del paciente y otra información diagnosticas son necesarios para determinar la infección del paciente. Los resultados positivos no ignoran las infecciones bacterianas u otras infecciones virales. Hay posibilidad que el agente detectado no sea la causa definitiva de la enfermedad. Los laboratorios dentro de los Estados Unidos y todos sus territorios tienen que reportar todos resultados a las autoridades de saludo público. Los resultados negativos no deberían usar como la única basis por las decisiones manejar los pacientes. Los resultados negativos necesitan ser combinados con observaciones clínicas, la historia medica del paciente, e información epidemiológica. Los resultados negativos de ARN SARS CoV-2 de muestras salivas deben ser confirmados de una prueba alternativa. SalivaDirect debe usa de personales de laboratorios clínicos instructivos específicamente en las técnicas de las pruebas de diagnóstico in vitro y RT-qPCR. Esta prueba ha sido autorizada por la FDA bajo uno una autorización de uso de emergencia. [Información de HCP] [Información de Paciente]

Williams v. NCDPS. et al          WSJ - Exhibit 4

**Director del laboratorio:** R.W. Watkins, MD, MPH
**Certifición del laboratorio:** COLA: 24550, CLIA: 34D1054007
**Firmada electrónicamente de:** CommunityLab

Williams v. NCDPS, et al   1:23-CV-366-MR-WCM   WS9 - Exhibit 4



**AIT** Laboratories a
# HEALTHTRACKRx
## — COMPANY —

CLIA# 45D2009077
1500 Interstate 35W
Denton, TX 76207
Clinical Expert Line: 940-383-2223

# MOLECULAR PATHOLOGY REPORT

Scan QR Code for FDA-required Patient and Provider Supplemental Information.



| FACILITY INFORMATION | PATIENT INFORMATION | SPECIMEN INFORMATION |
|---|---|---|
| **Facility Name:** MOUNTAIN PARK URGENT CARE | **Name:** WILLIAMS, JOHNATHAN | **Lab Accession Number:** 6652118 |
| **Provider Name:** LAURA SOUTHERN MILLER | **DOB:** 11/16/1995 | **Date Collected:** 01/10/2022 |
| **NPI:** 1215377908 | **Gender:** Male | **Date Received by Lab:** 01/11/2022 |
| **Address:** 90 E MAIN ST | **Address:** 4340 OLD RIVER RD | **Date Reported:** 01/12/2022 |
| SYLVA, NC 28277 | WAYNESVILLE, NC 28786, Haywood, US | **Sample Type:** Respiratory |
| **Phone:** 18286313181 | **Phone:** 8282084725 | **Area of Interest:** ORAL FLUID |
| | **Race:** White | **Cross Reference #:** MTNPKUCR-20220110135453 |
| | **Ethnicity:** Not Hispanic or Latino | |

**Microbial Load***
*Approximate copies of target nucleic acid per mL
(Low: <100,000;
Moderate:100,000-3.9 Million;
High: >3.9Million)

| Respiratory Tract Infection Plus Pathogens Detected | Results | Copies/mL* | |
|---|---|---|---|

**Viral Pathogens**

*COVID-19 Coronavirus (SARS-CoV-2)* — Not Detected — Negative

AIT Labs COVID-19 Coronavirus (SARS-CoV-2) RT-PCR (reverse transcription real-time polymerase chain reaction) assay was designed, validated, and is intended for medically indicated diagnostic testing. The assay's PCR probes (TaqPath COVID-19 Combo kit) target the SARSCoV-2 replicase complex (ORF 1 ab), spike (S), and nucleocapsid (N) genes. Repeat PCR testing in 3-5 days, should be considered for at-risk or high-risk symptomatic individuals, with an initial NEGATIVE PCR test. Additional information on Coronavirus Disease 2019 (COVID-19) can be obtained from the CDC: https://www.cdc.gov/coronavirus/2019-ncov/index.html
AIT Laboratories COVID-19 Coronavirus (SARS-CoV-2) Assay is authorized for use by the US FDA, under the following Emergency Use Authorization (EUA) approvals: EUA200354 (AIT Laboratories SARS-CoV-2 Assay), EUA200010 (Thermo Fisher Scientific TaqPath COVID-19 Combo Kit). AIT Laboratories COVID-19 Coronavirus (SARS-CoV-2) Direct PCR Assay was validated to EUA200354 (AIT Laboratories SARS-CoV-2 Assay), and EUA200010 (Thermo Fisher Scientific TaqPath COVID19 Combo Kit).

# TESTED ASSAY RESULTS

All tested microbe-related and resistance gene results (see below) are NOT DETECTED (NEGATIVE), unless indicated as DETECTED (POSITIVE), in above Detected Results Summary section.

COVID-19 Coronavirus (SARS-CoV-2)

**Analyzed by:** Carrie Wilks, PhD

**Date:** 01/12/2022 16:07

Real-Time polymerase chain reaction (TaqMan qPCR) was utilized for detection. Microbial sensitivity testing is not performed at this lab. Testing performed by AIT Laboratories (a HealthTrackRx Company; 1500 Interstate 35W, Denton TX 76207; CLIA# 45D2009077). This test was developed and its performance characteristics determined by American Institute of Toxicology, Inc. It has not been cleared or approved by the FDA. However, such approval/clearance is not required, as the laboratory is regulated and qualified under CLIA to perform high-complexity testing. This test is used for clinical purposes, and should not be regarded as investigational or for research.
**National Infectious Disease Consensus Data
***Potentially effective oral antibiotics, based on presence of detected microbes, antimicrobial resistance genes, and national antimicrobial sensitivity data (see Summary Antibiogram)