IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
FILE NO. 1:23-CV-366-MR-WCM

JONATHAN DANIEL WILLIAMS,                )
                                          )
                    Plaintiff,            )
                                          )         **DECLARATION OF SERGEANT**
v.                                        )         **GARRETT BARGER**
                                          )
N. C. DEPARTMENT OF PUBLIC                )
SAFETY, N. C. HIGHWAY PATROL, *et*        )
*al.*,                                    )
                                          )
                    Defendants.           )

I, Garrett A. Barger, being duly sworn, do hereby depose and say:

1. I am an adult over the age of eighteen (18), have never been adjudged incompetent, suffer from no mental impairments, and make this affidavit of my own free will, stating facts of which I have personal knowledge.

2. I am currently employed by the North Carolina State Highway Patrol ("NCSHP") as _Captain_ I was the assigned to Internal Affairs during the time of Plaintiff's allegations in 2021.

3. On November 23, 2021, a personnel complaint was initiated against Trooper Jonathan Williams for failure to comply with Executive Order 224.

4. On December 10, 2021, I interviewed Trooper Jonathan Williams. During the interview Trooper Williams admits that he did get tested in September. He also stated that he felt the mandatory testing was discrimination against the unvaccinated and not right. He admitted during interview that he was informed that his religious accommodation request was denied. Trooper Williams stated he was not complying because it was his body. He did not

mention anything regarding religion.

5. The interview conducted was recorded. I have attached a true and accurate copy of the recorded interview as exhibit 5a.


**THIS SPACE INTENTIONALLY LEFT BLANK**

This the ___9___ day of October, 2025.

Garrett A. Barger

Sworn to and subscribed before me this the

9Th day of October 2025.

_Kathy C Berrier_

(Notary Public)



My Commission Expires: _08- 22- 2029_