# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:23-cv-00366-MR-WCM

FILED IN COURT
ASHEVILLE, NC

MAY 1 9 2026

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

JONATHAN DANIEL WILLIAMS, )
)
**Plaintiff,** )
)
vs. )
)
NORTH CAROLINA DEPARTMENT )
OF PUBLIC SAFETY – STATE )
HIGHWAY PATROL, )
)
**Defendant.** )
)

**<u>VERDICT SHEET</u>**

1. Did the Defendant unlawfully retaliate against the Plaintiff?

 (YES)        NO

**If you answered "Yes" to issue 1, proceed to issue 2.**

**If you answered "No" to issue 1, skip issue 2 and your deliberations are now complete.**

2. What amount of damages, if any, is the Plaintiff entitled to recover for the retaliation against him?

$ _500,000_

**Your deliberations are now complete.**

**Please have your foreperson sign and date this Verdict Sheet and return it to the Court.**

THIS the _19_ day of May 2026.

_____